UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PETER A. GRANDPRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1923** |
| **MARLIN GUSMAN, ET AL.** | **SECTION "J"(4)** |

## PAUPER ORDER

Considering the plaintiff's application to proceed as a pauper, accordingly,

**IT IS ORDERED** that the application (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the sum of $ 5.83 , as an initial partial payment of the filing fee, is to be forwarded to the Clerk of Court by the Sheriff, Warden, or authorized prison official when funds exist in the inmate's prisoner account.

**IT IS FURTHER ORDERED** that, after payment of the initial filing fee, plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official **SHALL** forward such payments from the inmate's account to the Clerk of Court, 500 Poydras Street, Rm. C-151, New Orleans, LA 70130, each time the amount in the inmate's account exceeds $10 until the balance of the $350.00 filing fee is paid.

**IT IS FURTHER ORDERED** that, if plaintiff is transferred to another facility or released from custody, the Sheriff, Warden, or authorized prison official shall notify the Court of the inmate's new facility or forwarding address within 30 days of the inmate's transfer or release.

**IT IS FURTHER ORDERED** that the Clerk is directed to **WITHHOLD** issuance of summons until further order of the Court.

New Orleans, Louisiana, this  28th  day of June, 2022.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**IF GRANTED** Clerk to notify FINANCIAL
and serve by mail:

Warden or Sheriff,
Orleans Justice Center
3000 Perdido Street
New Orleans, LA 70119.
**ATTN:  Inmate Banking**