# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PETER A. GRANDPRE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-1923** |
| **SHERIFF MARLIN GUSMAN, ET AL.** | **SECTION: "J" (4)** |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the § 1983 claims filed by the plaintiffs, Peter A. Grandpre be **DISMISSED IN PART** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e as follows:

**IT IS FURTHER ORDERED** that the claims against Sheriff Marlin Gusman, Warden Johnathan Griffin, Lt. Clemont Griffin, Captain S. Carter, Sergeant L. Evans, Supervisor N. Howard, Medical Director Dr. Blake, Dr. Gray, R. Morgan, Captain M. Jones, Classification Deputies R. Price and Janelle M. Bazile, Sergeant S. House, Warden Tim Hooper, five (5) John Doe Defendants at Louisiana State Prison ("LSP"), one (1) John Doe Medical Director at LSP, one (1) John Doe Medical Supervisor at LSP, one (1) LPN, RN at OJC and eight (8) John Doe Defendants on

the "Special Response Team" at OJC be **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that Peter A. Grandpre's state law claims of negligence and assault and battery be **DISMISSED PREJUDICE** for failure to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that Peter Grandpre's claims of excessive force against R. Johnson, L. Johnson, Jr., C. Clark, McDonald, Dozier, Cruse and Deputy John Doe at OJC adequately states a claim for relief and therefore shall be allowed to proceed forward.

New Orleans, Louisiana, this 16th day of May, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE