UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PETER A. GRANDPRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1923** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "J" (3)** |

## O R D E R

The United States Marshal's unexecuted return for defendant Kenial Williams states: "No Deputy Kenial Williams works at OPSO." Rec. Doc. 26.

It is plaintiff's responsibility to provide all information necessary for the United States Marshal to effect service.

Accordingly,

**IT IS ORDERED** that, on or before **June 14, 2024**, plaintiff provide the Court with a proper address at which Kenial Williams can be served. If plaintiff fails to comply with the Court's order and fails to show good cause for not doing so, his claims against that defendant may be dismissed pursuant to Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this __14th__ day of May, 2024.

_____
**EVA J. DOSSIER**
**UNITED STATES MAGISTRATE JUDGE**