UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PETER A. GRANDPRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1923** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "J" (3)** |

### O R D E R

The United States Marshal's unexecuted return for defendant Rashawn Barnaby states: "Unable to locate **doctor** at above address.  Legal counsel would not accept."  Rec. Doc. 30 (emphasis added).  However, Barnaby is not a doctor; plaintiff has indicated that Barnaby is a security guard at University Medical Center New Orleans.  Rec. Doc. 20, p. 2; *see also* Rec. Doc. 22, pp. 1-2.

Accordingly, the Clerk of Court is hereby **DIRECTED** to reissue summons for Barnaby and forward same, *along with a copy of the Complaint (Rec. Doc. 1), the order dated January 29, 2024 (Rec. Doc. 22), and this Order*, to the United States Marshal for service at the following address:  Rashawn Barnaby, <u>Security Guard</u>, University Medical Center New Orleans, 2000 Canal Street, New Orleans, LA 70112.

New Orleans, Louisiana, this __14th__ day of May, 2024.

_____
**EVA J. DOSSIER**
**UNITED STATES MAGISTRATE JUDGE**