UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER A. GRANPRE | CIVIL DOCKET |
| VERSUS | NO. 22-1923 |
| MARLIN GUSMAN, ET AL. | SECTION: "J"(3) |

## ORDER

This Court, after considering the foregoing *Motion to Dismiss for Failure to State a Claim Pursuant to 12(b)(6)* **(Rec. Doc. 14)**, the record, the applicable law, the Magistrate Judge's Findings and Recommendation (Rec. Doc. 31), and finding that as of this date defendants have filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 26th day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE